## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARVIN BROWN, | : | Civil No. 3:25-cv-1597 |
| | : | |
| Petitioner | : | (Judge Mariani) |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PA, *et al.*, | : | |
| | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this 27th day of February, 2026, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254, and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1.  The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) is **DISMISSED** as time-barred by the statute of limitations.  *See* 28 U.S.C. § 2244(d).

2.  The Clerk of Court is directed to **CLOSE** this case.

3.  There is no basis for the issuance of a certificate of appealability.  *See* 28 U.S.C. § 2253(c).

Robert D. Mariani
United States District Judge